IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

            -vs-

ALEXANDER GREEN,

            Defendant.

14-CR-6038 JWF

---

## GOVERNMENT'S MOTION TO REVOKE
## DEFENDANT'S RELEASE ORDER

The United States of America, by and through its attorney, William J. Hochul, Jr., United States Attorney for the Western District of New York, Douglas E. Gregory, Assistant United States Attorney, of counsel, pursuant to 18 U.S.C. §§3143, 3145 and 3148, moves the Court to revoke defendant Alexander Green's conditional release order, and to order that the defendant be detained pending trial. The grounds for this motion are set forth more particularly in the Amended Noncompliance Summary prepared by the United States Probation Department on August 26, 2015 and provided to the Court by United States Probation Officer Jillian M. Trahms.

The government submits that there is probable cause to believe that the defendant has committed a Federal, State or local crime while on release, specifically, Criminal Possession of a Controlled Substance in the Seventh Degree and Aggravated Unlicensed Operation of a Motor Vehicle stemming from his arrest on those charges by Pen Yann Police Department on August 22, 2015. Further, there is clear and convincing evidence that the defendant violated conditions of his release, including, but not limited to, the fact that the defendant remained outside of the Northern District of California without permission of his pretrial officer.

Specifically, the defendant was given permission to travel outside of the Northern District of California to attend his court appearance in the Western District of New York between the dates of August 17, 2015 and August 21, 2015.  On August 22, 2015, the defendant was still in the Western District of New York and at no time did the defendant request an extension of travel from his pretrial officer.  This is all in direct violation of this Court's order setting conditions of release dated April 22, 2014.

      Therefore, because there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release, and there is clear and convincing evidence to believe that the defendant has violated conditions of his release, and there are no conditions of release which would assure that the defendant will not flee or pose a danger to any other person or the community, and because the defendant is unlikely to abide by any conditions of release, the government respectfully requests that the Court revoke the defendant's conditional release order, and order that the defendant be detained pending sentencing.

Dated: Rochester, New York, September 3, 2015.

                                          Respectfully submitted,

                                          WILLIAM J. HOCHUL, JR.
                                          United States Attorney

            By:    s/Douglas E. Gregory
                  DOUGLAS E. GREGORY
                  Assistant U.S. Attorney
                  United States Attorney's Office
                  100 State Street, Room 500
                  Rochester, New York 14614
                  (585) 399-3938