# ROTHENBERG LAW
TRIAL LAWYERS



**David Rothenberg, Esq.**

Times Square Building
45 Exchange Blvd, Suite 800
Rochester, NY  14614

Phone (585) 232-1946
Fax: (585) 232-4746

david@rothenberglawyers.com
rothenberglawyers.com

October 9, 2018

BY EMAIL ONLY [dawn_samuel@nywd.uscourts.gov]

Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

    Re:    United States v. Alexander Green, et ano.
           14-cr-6038

Dear Judge Wolford:

On behalf of Alexander Green, I am requesting permission for the following travel outside of the Northern District of California.

*First*, Mr. Green requests permission to travel to West Palm Beach, Florida from October 10 through 11, to try and close a large contract to make street lamps for a developer—www.related.com—with whom Symmetry Labs has been working for some time. Mr. Green will be staying at the Hilton Hotel, 600 Okeechobee Boulevard, West Palm Beach, Florida 33401. *Second*, Mr. Green requests permission to travel to New York, New York for the closing down and teardown of the Summer Stage. He would be in New York from October 12 through October 16, and will be staying at 85 North 3rd Street, #507, Brooklyn, NY 11249. *Third*, Mr. Green requests permission to travel to Rochester between October 17 and 27, for the purpose of finishing the installation of a Symmetry Labs tree here in Rochester, New York, and also to meet with me in connection with preparation for further proceedings in his case.

USPO Josh Libby in San Francisco does not object to this request. Earlier today I emailed USPO Camaryn Lochner and AUSA Sean Eldridge and asked if they had any objection to this request, but as of this time, I have not yet heard anything in response from either of them.

If Your Honor needs any further information or details regarding the proposed travel, please let us know. Thank you for your consideration of this request.

Respectfully,

*David Rothenberg*

David Rothenberg

DR/bge

SO ORDERED

*[signature]*
ELIZABETH A. WOLFORD
United States District Judge

Date 10-9-18

**ROTHENBERG LAW** 

cc:   Sean Eldridge, AUSA [sean.eldridge@usdoj.gov]
      Camaryn Lochner, USPO [camaryn_lochner@nywp.uscourts.gov]
      Josh Libby, USPO [josh_libby@canpt.uscourts.gov]