UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

       v.

ALEXANDER GREEN,

          Defendant.
_____

**SENTENCING GUIDELINE ORDER**

Case No.  6:14-CR-06038-EAW

*FILED OCT 09 2018 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

| | |
|---|---|
| ASSISTANT U.S. ATTORNEY | Sean C. Eldridge |
| DEFENSE ATTORNEY | David Rothenberg |
| INTERPRETER (YES OR NO) | No |
| DATE OF PLEA | October 3, 2018 |
| SENTENCING DATE | March 20, 2019 @ 2:00 PM |
| INITIAL PSR DUE | February 13, 2019 (35 DAYS PRIOR TO SENTENCING) |
| OBJECTIONS (IF ANY), AND MOTIONS (IF ANY) DUE **(IF THERE ARE NO OBJECTIONS, COUNSEL ARE DIRECTED TO FILE A STATEMENT INDICATING THIS)** | February 27, 2019 (14 DAYS AFTER RECEIPT OF THE PSR) |
| RESPONSES TO ANY OBJECTIONS OR MOTIONS DUE | March 6, 2019 (14 DAYS PRIOR TO SENTENCING) |

| | |
|---|---|
| LETTERS AND SENTENCING STATEMENTS DUE | March 11, 2019 <br> (10 DAYS PRIOR TO SENTENCING) |
| FINAL PSR DUE | March 13, 2019 <br> (7 DAYS PRIOR TO SENTENCING) |

*The deadlines set forth above are based on the sentencing date originally set by the Court. If the Court grants an adjournment of the sentencing date, the parties are obligated to calculate the new deadlines for submission based on any adjourned sentencing date. In other words, whatever the sentencing date, the general time requirements set forth above apply.*

**SUBMISSIONS NOT IN COMPLIANCE WITH THIS ORDER WILL NOT BE CONSIDERED.**

NOTE: MOTIONS FOR EXTENSION OF TIME ARE DUE TWO (2) BUSINESS DAYS PRIOR TO ANY DEADLINE, **EXCEPT ANY REQUEST TO ADJOURN THE SENTENCING DATE MUST BE MADE ONE WEEK IN ADVANCE OF THE SENTENCING DATE.**

SO ORDERED.

Dated: October 9, 2018
       Rochester, New York

_____
Elizabeth A. Wolford
United States District Judge