AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 6:14-cr-06038-EAW |
| ALEXANDER GREEN, ET AL. | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alexander Green                                                                                                                                  .

Date:   10/18/2018

s/Jaimie L. Nawaday
*Attorney's signature*

Jaimie L. Nawaday
*Printed name and bar number*
Kelley Drye & Warren LLP
101 Park Avenue
31st Floor
New York, NY 10178
*Address*

jnawaday@kelleydrye.com
*E-mail address*

(212) 808-7695
*Telephone number*

(212) 808-7897
*FAX number*