**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
HOUSTON, TX
PARSIPPANY, NJ
STAMFORD, CT
BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

JAIMIE L. NAWADAY
DIRECT LINE: (212) 808-7695
EMAIL: jnawaday@kelleydrye.com

October 24, 2018

**BY EMAIL (dawn_samuel@nywd.uscourts.gov)**

Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re:   *United States v. Alexander Green*, 14-cr-6038

Dear Judge Wolford:

On behalf of Alexander Green, I am requesting permission for the following travel outside of the Northern District of California.

On October 19, 2018, Your Honor granted Mr. Green permission to travel (among other places) to Rochester, New York up until October 27, 2018. D.I. 381. By this letter, Mr. Green requests permission to travel from Rochester to New York City, New York from Saturday, October 27, to Wednesday, November 7, and from New York City to Rochester from November 7 until November 13, 2018. The purpose of Mr. Green's trip to New York City is to participate in meetings with the Howard Hughes Corporation and Related Companies (a real estate firm involved in the Hudson Yards redevelopment project) concerning potential new art installations. Mr. Green will be staying at 85 N. 3rd St., Brooklyn, New York 11249.

The purpose of Mr. Green's trip to Rochester is to complete and launch the public art installation of *Kalpa*, an illuminated tree created for downtown Rochester. Mr. Green will be staying at 27 Howland Avenue, Rochester NY 14620.

AUSA Sean Eldridge, USPO Camaryn Lochner in Rochester, and USPO Josh Libby in San Francisco do not object to this request.

**KELLEY DRYE & WARREN LLP**

Hon. Elizabeth A. Wolford
October 24, 2018
Page Two

      If Your Honor would like any additional information regarding the proposed travel, we would be happy to provide it. We thank the Court for consideration of this request.

      Respectfully submitted,

      /s/ Jaimie Nawaday
      Jaimie L. Nawaday

**SO ORDERED**

_____
**ELIZABETH A. WOLFORD**
**United States District Judge**
**Dated: October 24, 2018**