**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

, 
WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
HOUSTON, TX
PARSIPPANY, NJ
STAMFORD, CT
BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

JAIMIE L. NAWADAY
DIRECT LINE:(212) 808-7695
EMAIL:jnawaday@kelleydrye.com

November 19, 2018

**BY EMAIL (dawn_samuel@nywd.uscourts.gov)**

Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

    Re:    <u>United States v. Alexander Green</u>, 14-cr-6038

Dear Judge Wolford:

    On behalf of Alexander Green, I am requesting permission for the following travel outside of the Northern District of California.

    First, Mr. Green requests permission to travel to New York City on Wednesday evening through December 1 for Thanksgiving, to participate in meetings with representatives of The Howard Hughes Corporation and Related Companies concerning potential and upcoming art installations, and to meet with me regarding upcoming proceedings in the case. He would be staying at 85 N. 3rd St., #507, Brooklyn, New York 11249.

    Second, Mr. Green would like to travel to West Palm Beach from December 2nd to December 6th, for meetings to attempt to close a contract for a Symmetry Labs public art project for West Palm Beach. He would be staying at the Hilton Hotel, 600 Okeechobee Blvd, West Palm Beach, FL 33401.

    Third, Mr. Green would like to travel to Hawaii from December 7 to December 19, to complete the installation and manage the opening of his new public art project, "10,000 Year Bloom." The opening is on December 17th and the Hawaiian Symphony Orchestra will be performing. He would be staying at the Hilton Hawaiian Village in Honolulu, at 2005 Kalia Road, Honolulu, Hawaii and returning to San Francisco on December 20th.

    AUSA Sean Eldridge, USPO Camaryn Lochner in Rochester, and USPO Josh Libby in San Francisco do not object to this request.

**KELLEY DRYE & WARREN LLP**

Hon. Elizabeth A. Wolford
November 19, 2018
Page Two

   If Your Honor would like any additional information regarding the proposed travel, we would be happy to provide it. We thank the Court for consideration of these requests.

          Respectfully submitted,


          /s/ *Jaimie Nawaday*
          Jaimie L. Nawaday


          SO ORDERED
          _____
          ELIZABETH A. WOLFORD
          United States District Judge
           DATED: 11/19/2018