**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

,
WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
HOUSTON, TX
PARSIPPANY, NJ
STAMFORD, CT
BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

JAIMIE L. NAWADAY
DIRECT LINE: (212) 808-7695
EMAIL: jnawaday@kelleydrye.com

December 4, 2018

**BY EMAIL (dawn_samuel@nywd.uscourts.gov)**

Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re:   *United States v. Alexander Green*, 14-cr-6038

Dear Judge Wolford:

On behalf of Alexander Green, I am requesting a slight modification to the request Your Honor granted on November 19, 2018, for Mr. Green to travel outside the Northern District of California. D.I. 387.

On November 19, 2018, Your Honor granted Mr. Green permission to travel, *inter alia*, from West Palm Beach, Florida to Honolulu, Hawaii on December 7, 2018, and to remain in Hawaii until December 19, 2018. *Id.* Because of a new work commitment, Mr. Green now requests permission to travel from West Palm Beach, Florida to Los Angeles, California on December 8 until December 10, when he would proceed to Hawaii and remain until December 19, 2018, as previously approved. The purpose of Mr. Green's interim trip to Los Angeles is to supervise a Symmetry lighting installation for a private holiday party. Mr. Green would be staying at 1414 Harper Avenue, Los Angeles, CA 90046.

AUSA Sean Eldridge, USPO Camaryn Lochner in Rochester, and USPO Josh Libby in San Francisco do not object to this request.

If Your Honor would like any additional information regarding the proposed travel, we would be happy to provide it. We thank the Court for consideration of this request.

Respectfully submitted,

/s/ *Jaimie Nawaday*
Jaimie L. Nawaday

SO ORDERED

ELIZABETH A. WOLFORD
United States District Judge
**DATED: 12/4/2018**