**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

,
WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
HOUSTON, TX
PARSIPPANY, NJ
STAMFORD, CT
BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

JAIMIE L. NAWADAY
DIRECT LINE:(212) 808-7695
EMAIL:jnawaday@kelleydrye.com

December 18, 2018

**BY EMAIL (dawn_samuel@nywd.uscourts.gov)**

Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

    Re:    *United States v. Alexander Green*, 14-cr-6038

Dear Judge Wolford:

On behalf of Alexander Green, I am requesting a slight modification to the request Your Honor granted on December 4, 2018 for Mr. Green to travel outside the Northern District of California. D.I. 387.

On December 4, 2018, Your Honor granted Mr. Green permission to travel, *inter alia*, to Hawaii to install and manage the "1,000 Year Bloom" project by Symmetry Labs, returning to San Francisco on December 20, 2018. Mr. Green now requests permission to remain in Hawaii through the holidays, returning to San Francisco on January 4, 2019. The reason for this requested modification is twofold. First, the premier event for the "1,000 Year Bloom" installation, at which the Hawaii Symphony Orchestra is performing, is now taking place on December 20, and Mr. Green's mother and brother have both traveled to Hawaii for the event. Second, the installation is the largest to date for Symmetry Labs and involves over 2,000 interactive flowers and LEDs, which has required extensive daily troubleshooting in order to keep all of the flowers functioning as intended, so Mr. Green would like to remain through the holidays in order to ensure that the project continues to work properly.

AUSA Sean Eldridge, USPO Camaryn Lochner in Rochester, and USPO Josh Libby in San Francisco do not object to this request.

Finally, I apologize to the Court for submitting this request close to the 48-hour deadline. Mr. Green contacted me on Saturday about the request, but I had mistakenly calendared his return date as December 21.

**KELLEY DRYE & WARREN LLP**

Hon. Elizabeth A. Wolford
December 18, 2018
Page Two

      If Your Honor would like any additional information regarding the proposed travel, we would be happy to provide it. We thank the Court for consideration of this request.

      Respectfully submitted,

/s/ *Jaimie Nawaday*
Jaimie L. Nawaday

SO ORDERED

_____
ELIZABETH A. WOLFORD
United States District Judge
Dated: December 19, 2018