# Exhibit A

# *SUMMARY OF RECENT, CURRENT, AND UPCOMING PROJECTS BY SYMMETRY LABS*

## SUBMITTED IN SUPPORT OF TRAVEL REQUEST

# Background on Symmetry Labs

- Founded in 2014 by Alexander Green on the notion of "playing light" like an instrument, Symmetry creates interactive design experiences utilizing custom-built LED hardware, controlled by proprietary light-mapping software.

- Alex has grown the business over the last four years to 25 to 30 employees.

- In the past year alone, Symmetry has hired an estimated 100 people as contractors.

- Alex has one related patent issued in his name (US 9,942,970 B2 "Method for Automatically Mapping Light Elements in an Assembly of Light Structures," United States Patent and Trademark Office, April 10, 2018) with several others in the pipeline.

2

# Symmetry's Project Development

- Symmetry works with companies, artists, cities and major real estate developers to design & build custom public art immersive experiences and installations.

- These projects involve construction, engineering, electrical testing and connection, software debugging, 3D mapping over various elements and lighting programming, among other features.

- Alex oversees these efforts and often works on location for extended periods to ensure that each element functions as advertised.

- Despite thorough lab testing, the projects require on-the-ground oversight and troubleshooting to ensure a smooth performance.  If the installations do not function properly, they can be pulled from the public, resulting in huge financial losses (and reputational damage) to Symmetry.

# Recent Project:  *Sea of Light*  (NYC)





*Sea of Light* was inspired by the constellations and created as part of a revitalization of the Seaport District in Manhattan.

The display used 150,000 individually programmable LEDs housed in spheres ranging up to nine feet in height. They were surrounded by thermal cameras that reacted to sound and movement patterns.

The project required the team tracking the movement of individuals over a distance the size of a football field.

Each sphere was made out of 10-by-10 sheets of acrylic that had to be carefully molded into spherical shapes.

The installation was under tremendous time pressure, requiring Alex to move from design to engineering, to fabrication, to installation, all within approximately six weeks in the winter of 2017-2018.

4

# Recent Project: *Kalpa* (Rochester, NY)

*Kalpa,* a programmable tree that responds to sound, was donated by Symmetry to downtown Rochester in connection with assistance from the Rochester Contemporary Art Center. *Kalpa* also served as a test project for a larger sculpture commissioned by Norwegian art collector Stein Erik Hagen for Oslo, Norway.

The project opened in November 2018 after facing engineering challenges and delays, which ultimately required Symmetry to replace all 12,000 leaves (and the individual LEDs on each) on the tree.





5

# Current Project: *Thousand Year Bloom* (Honolulu, HI)

In December 2018 Symmetry launched its largest project to date. The *Thousand Year Bloom* is an interactive, illuminated garden that mimics Hawaii's natural beauty.

The *Bloom* is a full, life-size scale impersonating Hawaii's agriculture landscape by using sensors and responding to sound as well as to local weather conditions such as wind, temperature and humidity.

The Hawaii Symphony Orchestra performed at the *Bloom* just before the holidays, and the installation will remain up until February 2018.  A video of the *Bloom* can be accessed through slide 10 or on the Symmetry Facebook page.





6

# *Thousand Year Bloom: The Construction*

- Symmetry's largest and most expansive digital art installation to date.

- Uses a complex array of LEDs, custom and/or spec hardware frameworks and Symmetry's proprietary 3D pixel mapping software.

- Spans an area larger than a basketball court (approximately 9500 square feet) with more than 25,000 LEDs hidden within over 2300 flowers.

- Each flower holds a unique LED circuit board wrapped in a polymer plastic shell that is custom made for the project.

- The LEDs in each flower form three sections: the petals, the fiber optic stamen and the base.

- The sensors are programmed to respond to various stimuli, such as sound, wind, and humidity.





7

# *Thousand Year Bloom: The Prototyping*







8

# *Thousand Year Bloom: The Result*






9

# *Thousand Year Bloom: The Result*



10

# Upcoming Project (Oslo, Norway)

Symmetry was recently commissioned by Norwegian art collector Stein Erik Hagen to create a new tree sculpture for installation in downtown Oslo.

The Oslo tree is an updated version of the four-story tall Tree of Ténéré (*photo on the right*), Symmetry's first tree sculpture. The Tree of Ténéré was inspired by the most isolated tree on earth and was installed at a 2017 art and music festival in Black Rock Desert, Nevada.

The Oslo tree will have over 40,000 artificial leaves with more than 200,000 LED lights.

The installation is slated to be placed next to the City Hall building in Oslo.





11

# Upcoming Project: Design Specifications

