# Exhibit B

Menu     Set Weather     Sign In    Search

NEWYORKUPSTATE.COM

# Nationally acclaimed artist creates magical public display for upstate hometown

By Mary Kay DeVore | Contributing writer | Posted November 27, 2018 at 12:45 PM | Updated November 27, 2018 at 12:45 PM

0
shares

0 Comments



Photo courtesy of Alexander Green

It's a one-of-a-kind realistic tree by day that comes alive after the sun sets with spectacular and mesmerizing illuminations in downtown Rochester.

On public display at Rochester Contemporary Art Center through Jan. 1, the 30-foot tall Kalpa "The Wish-Fulfilling Tree" is electro-mechanically engineered and includes thousands of LED lights designed and created by Rochester native Alexander Green.

"We're absolutely thrilled to host Kalpa as the latest installation in our public art program. Our goal is to enliven the East End neighborhood with temporary, site-specific public artworks," said Bleu Cease, executive director/curator of Rochester Contemporary Art Center.

"This monumental sculpture will surprise the public with an unforgettable experience. The community has watched as Alex and his crew have worked incredibly hard on Kalpa. They overcame some engineering challenges and conducted many rounds of testing, and now the city of Rochester is excited to witness the nightly illumination."

1



Photo courtesy of Alexander Green

The Kalpa is a prototype or artist's proof for a piece that Green has been commissioned to do in Oslo, Norway, for display in 2019. He currently lives in San Francisco where his design and technology studio Symmetry Labs is based, but he chose Rochester as the test site due to its similar climate to Oslo and his love for his hometown.

The project began in the summer and took longer than expected because of unanticipated challenges that included constructing in a busy city-center along with moisture seeping through the leaves and shorting out the LED lights which resulted in the replacement of all 12,000 leaves.

Now up and running, visitors can enjoy this stunning display free of charge through the end of the year.

Green was born in New York City but moved to Rochester when he was about 4 years old. He studied music at the Eastman School of Music and physics and math at the University of Rochester. A love of music and the arts was instilled by his parents.



Photo courtesy of Alexander Green

"The reason I love music and art is because my parents valued it," said Green. "Part of what makes me make art is that it has gotten me through some of the toughest times in my life -- tragedy, heartbreak, and loneliness. I hope Kalpa impacts people with levity and wonder."

Being drawn to mythology and Eastern and Hindu mystical cultures was the reason Green decided on the name Kalpa, "The Wish-Fulfilling Tree" as it is derived from Kalpavriksha otherwise known as "Tree of Life" in ancient Vedic scriptures. His hope is that those who visit find inspiration and solace.

Green established Symmetry Labs in 2014, a company he says is a design studio and technology company wrapped in one. It began after building light art projects with friends. He loved it and found there was a market for it.

"There's an old saying that if you find something you love, you won't work a day in your life," said Green, whose work has been featured at Burning Man, Renwick Gallery in Amsterdam, music videos, the Smithsonian Museum and the Super Bowl.

**If you go:**

Free Public Art

Kalpa "The Wish-Fulfilling Tree"

Nov. 12-Jan. 1

Nightly illuminations sunset to 10:30 p.m.

Rochester Contemporary Art Center

Main Gallery **137 East Ave. Rochester, NY 14604** (585) 461-2222

Website

**More from NYUp**

**PHOTOS: A guitar store in the Rochester area is among largest in the world**

**PHOTOS: Have you seen the fairy homes at a park near Rochester?**

**Elmwood Village: Profile of a unique Buffalo neighborhood**

**Dining in Buffalo: New restaurants adding to farm-to-table experience**

**Buffalo distilleries to keep your spirits up: A taste, a dram, a cocktail, anyone?**

**Buffalo's best Japanese restaurants: A guide to sushi, ramen, more**

**Game On: Buffalo's best pinball, VR, video games and more**

**Spice up that feed: Buffalo's most Instagrammable locations**

**Beyond Blue and Blue Light: Labatt House takes shape in Buffalo**

**Buffalo's Frederick Law Olmsted legacy: The park system that started it all**

**Get caffeinated, and get a feel for Buffalo, through these great coffee shops**

Use of and/or registration on any portion of this site constitutes acceptance of our **User Agreement** (updated 5/25/18) and **Privacy Policy and Cookie Statement** (updated 5/25/18).

© 2018 Advance Local Media LLC. All rights reserved (**About Us**).

The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

**Community Rules** apply to all content you upload or otherwise submit to this site.

**Your California Privacy Rights**

Ad Choices

1