# Exhibit E

# Re: I painted the floor

From:

Alexander Green <alexandergreen22@gmail.com>

To:

Pamela Frame <pamela.frame@gmail.com>

Date:

Thu, 24 Jan 2008 14:54:59 -0500

Haywood's dad is buying him a new one and mailing it down here. (whatever, the other one is fixable but i don't care).   I'll probably be home the 30th, which is a Wednesday I believe. I can get the papers then. Gotta run.

Alex

On Jan 24, 2008 2:49 PM, Pamela Frame <pamela.frame@gmail.com> wrote:
> Thanks, Alexander. What a sweet note. Yes, my savings. I guess between normal expenses, giving Chipp some money and buying the new computer and now needing a car, things just accelerated. I'm sure I can make it for a few months, but I must find a job/rent a room/sell a cello or some combination of those. I can't drag my feet forever. It is discouraging that I have to have hand surgery--makes it hard to just imagine having a job right now...
> 
> Can you take an online class? Would you like that? I think Charlie liked it.
> 
> What about mailing you this pile of papers? Address?
> What day are you coming home?
> Did you get the printer to work?
> 
> xx
> Mom
> 
> Charlie just got home so I'll go to the post office and drug store to print some photos.
> 
> 
> On Jan 24, 2008, at 2:35 PM, Alexander Green wrote:
> 
>> I've been trying to get in touch with her but she doesn't call me back. I'll be home on the 31st and I'm trying to get an appointment with her.
>> 
>> I'm fine, Mom, you don't need to worry about me.  If I wasn't okay I'd move home and we'd figure something else out.  I am worried about you, however--please don't stress yourself out more by worrying about me so much.
>> 
>> When you say you are almost out of money, do you mean all of your savings? I don't want you to lose the house, and if it means I have to move home to help pay for expenses and save money I will do that.  What other ideas do you have as far as jobs? I know it would be very difficult but would job prospects be better out of town? Let me know if there's anything I can do to help you. I really don't want you to have to worry about everything all at once.   I'm going over to city college now to try and sign up for a few classes.
>> 
>> Love,
>> Alex
>> 
>> 
>> 
>> On Jan 24, 2008 1:51 PM, Pamela Frame <pamela.frame@gmail.com> wrote:



When are you coming home? I have a stack of mail for you which needs attention, and I don't know whether to send it or not.

I guess I told you that I don't have a car, I can't remember. The Saturn is D - E - A - D, and I have to go buy a car. I am running out of money...so it's a little depressing. I'm just telling you that so that you know my state of mind, not that there's anything for you to do about it. I hope I can find a job soon. I'll figure out another way of looking - what I've been doing has not been working!!!

Love you always,
Mom


On Jan 24, 2008, at 1:14 PM, Alexander Green wrote:

> 
> love you,
> Alex
>
> On Jan 23, 2008 11:47 AM, Pamela Frame <pamela.frame@gmail.com> wrote:
>
>> I love you.
>>
>>
>> On Jan 22, 2008, at 11:11 PM, Alexander Green wrote:
>>
>>> 
>>> love Alex
>>>
>>> On Jan 22, 2008 11:08 PM, Pamela Frame <pamela.frame@gmail.com> wrote:

███████████████

I don't have a car so I can't do anything about it. I'm sorry.

Love,
Mom

On Jan 22, 2008, at 10:41 PM, Alexander Green wrote:

> I like the floor! It's pretty. ███████████
>
> Alex
>
> On Jan 22, 2008 7:23 PM, Pamela Frame <pamela.frame@gmail.com> wrote:
>> Charlie likes it...I like it a lot better than the nasty linoleum.
>>
>> <IMG_0344_3.jpg>  <IMG_0351.jpg>