# ROTHENBERG LAW
## TRIAL LAWYERS



**David Rothenberg, Esq.**

Times Square Building
45 Exchange Blvd, Suite 800
Rochester, NY  14614

Phone (585) 232-1946
Fax: (585) 232-4746

david@rothenberglawyers.com
rothenberglawyers.com

January 25, 2019

BY EMAIL ONLY [dawn_samuel@nywd.uscourts.gov]

Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re:  United States v. Alexander Green, et ano.
     14-cr-6038

Dear Judge Wolford:

I am writing to follow up this morning's request for permission for Alex Green to travel outside of the Northern District of California next week.

As we indicated on the record before Your Honor, Mr. Green requests permission to travel to New York City on January 28, 2019, to participate in meetings with representatives of the Howard Hughes Corp. and related companies, concerning potential art installations. Mr. Green would be staying at 85 North 3rd Street, #507, Brooklyn, New York 11249. Mr. Green would return to San Francisco on February 4, 2019.

After court, I was advised that the local probation office has checked with USPO Josh Libby in San Francisco to confirm that he has no objection; I was advised that the Western District office has no objection either.

Thank you for your consideration of this request.

Respectfully,

*David Rothenberg*

David Rothenberg

DR/be

cc:  Sean Eldridge, AUSA [sean.eldridge@usdoj.gov]
     Camaryn Lochner, USPO [camaryn_lochner@nywp.uscourts.gov]
     Josh Libby, USPO [josh_libby@canpt.uscourts.gov]

SO ORDERED

*Elizabeth A. Wolford*
ELIZABETH A. WOLFORD
United States District Judge
Dated: January 25, 2019