# ROTHENBERG LAW

### TRIAL LAWYERS



**David Rothenberg, Esq.**

Times Square Building
45 Exchange Blvd, Suite 800
Rochester, NY 14614

Phone (585) 232-1946
Fax: (585) 232-4746

david@rothenberglawyers.com
rothenberglawyers.com

February 12, 2019

BY EMAIL ONLY [dawn_samuel@nywd.uscourts.gov]

Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re:     United States v. Alexander Green, et ano.
        14-cr-6038

Dear Judge Wolford:

I am writing to request permission for Alex Green to travel from San Francisco to New York City on February 17, 2019, returning to San Francisco on February 25. The purpose of the trip is to meet with Steve Ross, the CEO of Related to discuss a Symmetry Labs project they have been working on for almost one year. Mr. Green will be staying at 85 North 3rd Street, #507, Brooklyn, New York 11249.

Probation officers Josh Libby and Nicholas Bavaria and AUSA Sean Eldridge have no objection to this proposed travel.

Thank you for your consideration of this request.

Respectfully,

David Rothenberg

David Rothenberg

DR/be

cc:     Sean Eldridge, AUSA [sean.eldridge@usdoj.gov]
        Nicholas Bavaria, USPO [nicholas_bavaria@nywp.uscourts.gov]
        Josh Libby, USPO [josh_libby@canpt.uscourts.gov]
        Jaimie L. Nawaday, Esq. [jnawaday@kelleydrye.com]

SO ORDERED

ELIZABETH A. WOLFORD
United States District Judge
**Dated: February 12, 2019**