# United States District Court
# For
# The Western District of New York

## Court Order

Date: March 6, 2019

Defendant's Name: Alexander Green          Docket Number: 6:14CR06038-001

Honorable Elizabeth A. Wolford, U.S. District Judge

---

THE COURT ORDERS:

☐   No Action

☐   The Issuance of a Warrant

☐   The Issuance of a Summons

☒   Other   *Defendant must appear before the undersigned on 3/14/19, at 4 PM.*

_____
Signature of Judicial Officer

3-6-19
Date

Title 18 United States Code, Section 3154(5), Bail Violations