# EXHIBIT A-3

February 25, 2019

Alexandra Connell
151 Bartlett Street
San Francisco, CA 94110

Hon. Elizabeth Wolford
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Dear Judge Wolford:

I have known Alexander Green for three and a half years, and we dated for two and a half years of that time.  We remain close and speak frequently.

I would not have been able to become a CEO and founder without Alex.  As a close friend and confidante, Alex is and always has been, a crucial piece of my ability to go out on my own and build the life that I now have.  I am forever indebted to him, and it was important to me to write this letter in the hopes that he would not be just another name on the docket for you.  I know that Alex has made mistakes, but also that he has done so much good for others and can do so much more.  When I sat down to think about the example Alex has set in my life and the kind of person he is, the top three things that came to mind were his kindness, generosity and resilience.

Kindness.  Alex is the rare person that always makes you feel safe and protected.  With Alex it's okay to be scared or vulnerable or weak.  He never makes you feel ashamed or regret your honesty the next day.  He is not stingy with hugs, or kind words.  I often referred to Symmetry Labs as "Alex Green's Home for Wayward Boys", since so many of Alex's employees are hometown friends who have struggled to make it past high school.  Alex has provided jobs, homes and endless chances to them for years.  Alex always sees the best in people and gives them the benefit of the doubt.  One employee, ▇▇▇▇ struggled with alcohol addiction for years, and Alex gave him many chances and even helped pay for rehab so that ▇▇▇ could eventually get clean and reach his potential in life and with Symmetry.

Generosity.  Alex is the most generous person I've ever met, without a doubt.  When I was starting my business I went for multiple years without a salary and Alex helped me financially whenever I needed it, even though he never had a lot himself.  He also often took on mortgage payments for his mother when she could not make them, enabling her to keep her house.  He bought 'art' from friends so that they could feel pride in taking money that they desperately needed, and he never brought it up again or ever mentioned repayment.  Another employee of Alex's, ▇▇▇ had a father who was dying of cancer and needed ▇▇▇ to help take care of him back in NY.  After ▇▇ stopped working, Alex still kept him on payroll so he could afford to live

while he took care of his father.  Alex has always shown empathy and mercy to everyone in his life, and so I ask for you to show it to him here.

Resilience.  Alex has endured the monumental stresses of this case, the shutting down of his first business, and the rebuilding of a completely new business while out on bail with incredible poise and fortitude.  He does not complain and he does not hold grudges.  I remember being woken up by a number of midnight calls from people in Alex's network who were feeling on the verge of suicide.  Alex was always the person who would go to their house at 2am to bring soup and talk them out of the current moment, giving them strength to wait until the morning.  Alex's resilience inspires others, myself included.  A few years back when ▬▬▬▬▬ had his first major break from schizophrenia, Alex flew to Los Angeles with me to deal with the police, hospital paperwork and the 5150 treatment situation.  It was exhausting and emotional and difficult to process such a chaotic experience, but having Alex by my side made it bearable and helped me and my family pull through.

I know that given another opportunity, Alex would make good on a brilliant life of laughter, sharing, and peace.  I very much appreciate your time and consideration in reading this letter, and I ask for your leniency towards Alex.

Respectfully,
Alexandra Connell