# EXHIBIT B-4

## Re: I painted the floor

From:

Alexander Green <alexandergreen22@gmail.com>

To:

Pamela Frame <pamela.frame@gmail.com>

Date:

Thu, 24 Jan 2008 14:54:59 -0500

Haywood's dad is buying him a new one and mailing it down here. (whatever, the other one is fixable but i don't care). I'll probably be home the 30th, which is a Wednesday I believe. I can get the papers then. Gotta run.

Alex

On Jan 24, 2008 2:49 PM, Pamela Frame <pamela.frame@gmail.com> wrote:
> Thanks, Alexander. What a sweet note. Yes, my savings. I guess between normal expenses, giving Chipp some money and
> buying the new computer and now needing a car, things just accelerated. I'm sure I can make it for a few months, but I
> must find a job/rent a room/sell a cello or some combination of those. I can't drag my feet forever. It is discouraging that I
> have to have hand surgery--makes it hard to just imagine having a job right now...
>
> Can you take an online class? Would you like that? I think Charlie liked it.
>
> What about mailing you this pile of papers? Address?
> What day are you coming home?
> Did you get the printer to work?
>
> xx
> Mom
>
> Charlie just got home so I'll go to the post office and drug store to print some photos.
>
>
> On Jan 24, 2008, at 2:35 PM, Alexander Green wrote:
>
>> I've been trying to get in touch with her but she doesn't call me back. I'll be home on the 31st and I'm trying
>> to get an appointment with her.
>>
>> I'm fine, Mom, you don't need to worry about me. If I wasn't okay I'd move home and we'd figure
>> something else out. I am worried about you, however--please don't stress yourself out more by worrying
>> about me so much.
>>
>> When you say you are almost out of money, do you mean all of your savings? I don't want you to lose the
>> house, and if it means I have to move home to help pay for expenses and save money I will do that. What
>> other ideas do you have as far as jobs? I know it would be very difficult but would job prospects be better
>> out of town? Let me know if there's anything I can do to help you. I really don't want you to have to worry
>> about everything all at once. I'm going over to city college now to try and sign up for a few classes.
>>
>> Love,
>> Alex
>>
>>
>>
>> On Jan 24, 2008 1:51 PM, Pamela Frame <pamela.frame@gmail.com> wrote:
>>> Honey, she did not refuse to correct it. She said you should contact her, I was crying through most of this

conversation. Unless you have talked with her or gotten a message that says she will not change it, don't assume that. Have you heard from her? I think you are angry with her and I understand that but it might be based on some assumptions (which I understand) but which I think might not be accurate. I certainly didn't understand from the news in your chart "Get a new doctor" that she thought you would call her, but she did say that.

You can fax a nice, brief letter to her...ask whether you can make an appt, tell her when you'll be home, whether you are going to be taking classes this semester, etc.

When are you coming home? I have a stack of mail for you which needs attention, and I don't know whether to send it or not.

I guess I told you that I don't have a car, I can't remember. The Saturn is D - E - A - D, and I have to go buy a car. I am running out of money...so it's a little depressing. I'm just telling you that so that you know my state of mind, not that there's anything for you to do about it. I hope I can find a job soon. I'll figure out another way of looking - what I've been doing has not been working!!!

Love you always,
Mom


On Jan 24, 2008, at 1:14 PM, Alexander Green wrote:

> Also, just so you know, I remember talking about this, but it makes no sense for her to write the wrong prescription and then refuse to correct it because she is worried I might sell it or be accused of selling it. That is the issue--the fact that she already wrote me one prescription and that it was just wrong! You don't have to fix this it's not your problem, I just wanted to clarify.
>
> love you,
> Alex
>
> On Jan 23, 2008 11:47 AM, Pamela Frame <pamela.frame@gmail.com> wrote:
>> Alexander,
>> We talked about this. She can lose her license (career) if she dispenses a controlled substance without seeing the patient on a 'regular' basis. You have to be in touch with her if you want to work this out. I can't work this out and it's very upsetting. I don't think it has anything to do with her being considerate or not.
>>
>> Call me if you want to talk about it.
>> You need health insurance in order to be seeing doctors, getting your meds, etc. You can apply for Medicaid in NY or here, whatever you decide to do. I think your expenses are too high to manage all of this and it worries me.
>>
>> I love you.
>>
>>
>> On Jan 22, 2008, at 11:11 PM, Alexander Green wrote:
>>
>>> okay, thanks. That's really not very considerate of her at all. I don't get it. If she was willing to write me one, why not the correct one?
>>> I'll try to schedule an apt. with her on the 31st.
>>>
>>> love Alex
>>>
>>> On Jan 22, 2008 11:08 PM, Pamela Frame <pamela.frame@gmail.com> wrote:
>>>> No, she didn't write a new one. You need to talk to her, or get a new

doctor, or I don't know what. I didn't fill it b/c it's too expensive. I told her about it when I was at an appt.

I don't have a car so I can't do anything about it. I'm sorry.

Love,
Mom

On Jan 22, 2008, at 10:41 PM, Alexander Green wrote:

> I like the floor! It's pretty. What's up with adderall script? Did Gupta write me a new one? I'm almost out.
> Alex
>
> On Jan 22, 2008 7:23 PM, Pamela Frame <pamela.frame@gmail.com> wrote:
>> Charlie likes it...I like it a lot better than the nasty linoleum.
>>
>> <IMG_0344_3.jpg> <IMG_0351.jpg>