

# ROTHENBERG LAW

**TRIAL LAWYERS**

**David Rothenberg, Esq.**

Times Square Building
45 Exchange Blvd, Suite 800
Rochester, NY 14614

Phone (585) 232-1946
Fax: (585) 232-4746

david@rothenberglawyers.com
rothenberglawyers.com

April 19, 2019



RECEIVED
ELIZABETH A. WOLFORD
APR 19 2019
United States District Judge
Western District of New York

FILED
APR 19 2019
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

BY HAND DELIVERY

Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re: United States v. Alexander Green, et ano.
14-cr-6038

Dear Judge Wolford:

Please do not think me presumptuous in writing this letter.

I am enclosing copies of two memoranda: an April 2, 2019 memorandum from the United States Marshal's Service, regarding "2019 Detention Funding Shortfall"; and an April 16, 2019 memorandum from the Judicial Conference to all United States Judges, regarding the same.

In light of this budget shortfall, and the series of extraordinary steps recommended by the Marshal's Service, I respectfully request the Court to reconsider its detention of Alexander Green, particularly in light of his five-year history of reporting to Court as ordered. I know that Mr. Green's release and voluntary surrender will not resolve this budgetary crisis; however, it will certainly alleviate costs that are being incurred—first by his incarceration in the Livingston County Jail, and second by his transportation to a designated facility.

I am copying Mr. Eldridge on this letter (by email) and similarly suggesting that the government reconsider its position. After all, limited financial resources for the Marshal's Service could be put to far better use than the incarceration and transportation of Mr. Green.

Thank you for your consideration of this request.

Respectfully,

David Rothenberg

DR/be

cc:   Sean Eldridge, AUSA [sean.eldridge@usdoj.gov]
      Jaimie Nawaday, Esq. [jnawaday@kelleydrye.com]
      William Easton, Esq. [wteaston@etksdefense.com]

*Request denied.*

SO ORDERED
ELIZABETH A. WOLFORD
United States District Judge
Date 4-19-2019